NUMBER 13-00-451-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


WILHELMINA WILLIAMS A/K/A WILHELMINA LISTER , Appellant,


v.

THE STATE OF TEXAS , Appellee.

__________________________________________________________________


On appeal from the 117th District Court

of Nueces County, Texas.

__________________________________________________________________


MEMORANDUM OPINION

Before Justices Dorsey, Hinojosa, and Rodriguez

Opinion by Justice Dorsey


Wilhelmina Williams was convicted by a jury of two counts of assault on a public officer. The court sentenced her to five
years confinement, and suspended her confinement and placed her on community supervision for five years. She wishes to
appeal her conviction and sentence and has filed a timely notice of appeal with this court. 

Williams' court-appointed counsel has filed a brief in which counsel has concluded that an appeal would be wholly
frivolous and without merit. See Anders v. California, 386 U.S. 738 (1967). Counsel provided a copy of this brief to
Williams, and she has exercised her right to file a pro se brief in support of her appeal. We have thoroughly reviewed the
record as mandated by Anders and we agree with counsel that any appeal of this matter would be wholly frivolous. See
Anders, 386 U.S. at 744-45 (requiring the appellate court to conduct a full examination of all proceedings to determine
whether it agrees with counsel's determination that any appeal would be wholly frivolous). Accordingly, we affirm the
judgment of the trial court.





______________________________

J. BONNER DORSEY,

Justice



Do not publish .

Tex. R. App. P. 47.3(b).



Opinion delivered and filed

this 23rd day of August, 2001.